UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN-PHILBERT: RENAUD,

    Plaintiff,

-against-

DONALD TRUMP, et al.,

    Defendants.

1:21-CV-1023 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 7, 2021, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 7, 2021
       New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                        Chief United States District Judge